**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| RICHARD GLIDDEN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 3:25-cv-00189-JJV |
| | * | |
| FRANK BISIGNANO, | * | |
| Commissioner of the | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 15th day of April 2026.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE